UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARY CROCHET      CIVIL ACTION

VERSUS      18-150-SDD-RLB

JARED BARTON, ET AL.

### RULING

The Court, after carefully considering the *Notice of Removal*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 29, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Defendant, Bobby Bailey, are hereby DISMISSED, without prejudice, for failure to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana the 17 day of May, 2019.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 47.